1050

[No. 59599-7-I. Division One. February 4, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. KENAN L. NESBIT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-10312-1, William L. Downing, J., entered February 8, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 35236-2-II. Division Two. February 5, 2008.]

*In the Matter of the Marriage of* JAMES K. HOLBROOK, *Appellant*, and ROBIN L. HOLBROOK, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 04-3-00255-0, Christine Schaller, J. Pro Tem., entered July 18, 2006. *Affirmed* by unpublished opinion per Van Deren, A.C.J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 35440-3-II. Division Two. February 5, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD LLOYD YANAC, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 06-1-00070-4, Sally F. Olsen, J., entered September 29, 2006. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, A.C.J., and Armstrong, J.

[No. 35556-6-II. Division Two. February 5, 2008.]

WILLIAM HOLDNER ET AL., *Appellants*, v. THE PORT OF VANCOUVER, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 06-2-02694-6, Barbara D. Johnson, J., entered October 23, 2006. *Affirmed* by unpublished opinion per Van Deren, A.C.J., concurred in by Armstrong and Quinn-Brintnall, JJ.